IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:16-cv-00864-RLV

| | |
|---|---|
| JASMINE M. GONZALEZ, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court to enter a judgment reversing her decision and remanding this case for further administrative proceedings. (Doc. 13). In her Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), Defendant represents that Plaintiff's counsel consents to the Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions, this Court **GRANTS** Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 13), **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Furthermore, in light of Plaintiff's consent to Defendant's Motion, Plaintiff's Motion for Summary Judgment (Doc. 11) is **DENIED** as moot.

Signed: July 14, 2017

Richard L. Voorhees
United States District Judge